UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

In Re:  
   JAMES W. SHEFFIELD  
   SUSAN SHEFFIELD  
     Debtor(s)

Case No. 05-14097-MAM-13

### CONSENT TO TRUSTEE'S MOTION TO DISMISS

The Debtor(s) in the referenced proceeding consent to the following action being taken as a result of the Motion to Dismiss filed by John C. McAleer, III, the Chapter 13 Trustee ("Trustee"), which is based upon the failure of the Debtor(s) to make full, regular, and timely Chapter 13 plan payments as required by the Bankruptcy Code and as agreed to by the Debtor(s):

(✓) The Debtor(s) will resume making plan payments of $ 91.00 per week. The Debtor(s) shall continue to make all plan payments to the Trustee. The Debtor(s) shall continue to make all plan payments agreed. A PLAN PAYMENT MUST ACCOMPANY THIS CONSENT ORDER AND BE SENT TO THE ADDRESS BELOW.

(✓) The Trustee shall issue a payroll deduction order to the employer the Debtor(s) at: Weyerhaeuser Employee Service Center NB2 2C1 P.O. Box 9777, Federal Way, WA 98063-9777

( ) The case shall be converted to one under Chapter 7 at the request of the Debtor(s) within thirty (30) days from the date of Consent Order or the case will automatically be dismissed.

( ) The case shall be dismissed with a 90 day injunction.

**The Trustee shall notify the Court of any future default and the case shall be dismissed with the requested injunction period without further notice and/or further hearing.**

_____ 12/28/05  
JAMES W. SHEFFIELD

_____ 12-28-05  
SUSAN SHEFFIELD

or

_____  
RICHARD SHINBAUM

/s/John C. McAleer, III  
JOHN C. MCALEER, III  
CHAPTER 13 TRUSTEE  
P. Box 1884  
Mobile, AL  36633

ORDER

( ) GRANTED

(X) CONDITIONALLY DENIED PER ABOVE

DATED: 1/5/06

/s/ Margaret A. Mahoney  
_____  
U. S. BANKRUPTCY JUDGE